# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

GREGORY R. YOUNG,

    Petitioner,

v.                                                 CASE NO. 1:13cv98-SPM-GRJ

WARDEN N.C. ENGLISH,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration on the Magistrate Judge's Report and Recommendation dated June 6, 2013. (Doc. 4). Petitioner filed an objection. (Doc 5). In accordance with Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made and find that the Report and Recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.     The Magistrate Judge's Report and Recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

    2.     The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is DISMISSED.

    3.     The Motion for Appointment of Counsel (doc. 8), Motion for Release on Personal Recognizance Pursuant to Rule 23 (doc. 9), and Motion to Expand the Record Pursuant to Rules of Civ. P. (doc. 10) are DENIED as moot.

**DONE AND ORDERED** this 22nd day of November, 2013.

                                                          s/ *M. Casey Rodgers*
                                                          **M. CASEY RODGERS**
                                                          **CHIEF UNITED STATES DISTRICT JUDGE**